JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| XIAOQIN REN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN et al.,<br>Respondents. | Case No. 5:26-cv-05471-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is GRANTED in part. Respondents shall release Petitioner Xiaoqin Ren (A# 242-403-908) from custody. All other requests for relief are DENIED. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: October 6, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge